

# STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
Attorney General

STATE COUNSEL DIVISION
Litigation Bureau

Writer Direct:  (518) 776-2620

November 3, 2022

Hon. Miroslav Lovric
U.S. Magistrate Judge
U.S. District Court
Northern District of New York

Re:     *Bleuer, et al. v. Bruen, et al.,* No. 3:22-cv-01037-TJM-ML

Dear Judge Lovric:

With the consent of Plaintiffs' counsel, Mr. David C. Sieling, Esq., I respectfully ask that Defendant Bruen be allowed until November 28, 2022 to respond to the Complaint in this matter.

Thank you kindly for your consideration of this matter.

Respectfully yours,

*s/ Michael McCartin*

Michael G. McCartin
Assistant Attorney General
Bar Roll No. 511158

cc:     All counsel of record (via e-filing)