**BARCLAY DAMON**LLP

**J.J. Pelligra**
*Associate*

November 7, 2022

**VIA CM/ECF**

Senior U.S. District Judge Thomas J. McAvoy
U.S. District Court, Northern District of New York
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, New York 13901

    Re:    <u>Bleuer, et al. v. Bruen, et al.</u>
              3:22-cv-01037-TJM-ML

Dear Judge McAvoy:

    We represent Defendant Michael D. Calarco in the above referenced action. This letter is to inform the Court that Mr. Calarco's last name is misspelt in the case caption, and to respectfully request that the Court issue an Order correcting this inadvertent typographical error as follows: "***Michael D. Calarco,*** in his official capacity as the District Attorney for the County of Wayne." Please do not hesitate to contact us if you have any questions. We appreciate the Court's time and attention with this request.

                                 Respectfully submitted,

                                 J.J. Pelligra

JJP/egm

cc: All counsel to be noticed via CM/ECF.

IT IS SO ORDERED:

_____
Miroslav Lovric
U.S. Magistrate Judge

Dated: __November 7, 2022__
         Binghamton, NY

Barclay Damon Tower - 125 East Jefferson Street - Syracuse, New York 13202  barclaydamon.com
jpelligra@barclaydamon.com  Direct: (315) 425-2773  Fax: (315) 425-8551