

**Hon. Sylvia O. Hinds-Radix**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Nicholas R. Ciappetta
Administrative Law and Regulatory Litigation Division
(212) 356-4036
nciappet@law.nyc.gov

November 14, 2022

**BY ECF**
Honorable Miroslav Lovric
United States Magistrate Judge
United States District Court
Northern District of New York
15 Henry Street
Binghamton, New York 13901

   Re: <u>New Yorkers for Constitutional Freedoms, et al. v. Steven A. Nigrelli, et al.</u>,
     22 CV 1037 (TJM)(ML)

Dear Judge Lovric:

  I am an attorney in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York. I submit this letter on behalf of Defendant Eric Gonzalez, District Attorney for the County of Kings, sued herein in his official capacity.

  This Office seeks additional time to respond to the Amended Complaint, filed on November 3, 2022. The current deadline to respond to the Amended Complaint is November 17, 2022. Defendant Gonzalez respectfully requests that the deadline to respond be extended to December 2, 2022. I have spoken with counsel for Plaintiffs who consents to this request.

  Thank you in advance for your consideration of this matter.

                Respectfully submitted,

                Nicholas Ciappetta
                Senior Counsel