UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

Reverend Justin Bleuer, Berean Bible Church, New Yorkers For Constitutional Freedoms, Reverend Jason J. McGuire, Kelly Todd, Bethel Chapel, H. Ed Reed, Christian Bible Church, Dr. Walt Schlundt, Community Bible Church, Reverend Virginia Ogden, The Church of the Good Shepherd, Steve Lamarco, Victor Community Church, Andrew Larson, The Baptist Church of Northville, Reverend Vincent Fusco, New Jerusalem City Church, Keith Henry, New Life Assembly of God, Frank DeLuccio, Brian Rathbun, Lakeshore Community Church, Scott Harris, Grace Bible Church, Jay Riggleman, Bible Baptist Church of Sodus, Raymond Richards, Calvary Assembly of God, Brett Popp, Christian Church of Charleston Four Corners, Tony LaBarca, Crossroads Church, Scott Strobel, First Bible Baptist Church, John Wuivell, Independent Baptist Church, Eric Hice, Center Street Baptist Church, Tim Lindsay, Harvest Christian Fellowship, Andrew Fiduko, Mallory Wesleyan Church, Jim Krohn, Southeast Bible Baptist Church, Steve Harness, Wilton Baptist Church, Barak Smith, Door to Hope Church, Murray Mumau, Genesee County Church,

**NOTICE OF APPEARANCE BY JOHN L. HUBBARD, DELAWARE COUNTY NEW YORK DISTRICT ATTORNEY**
Civil Action No.: 3:22-cv-01037

Plaintiffs,

v.

Kevin P. Bruen, John L. Hubbard, Esq. in his capacity as Delaware County District Attorney formerly referred to in error as Jack Stollsteimer, et al.,

Defendants.

---

**PLEASE TAKE NOTICE**, that John L. Hubbard, Delaware County New York District Attorney, incorrectly identified as Jack Stollsteimer, by and through his attorneys, The Law Firm of Frank W. Miller, PLLC, Frank W. Miller, Esq., of Counsel, appears in this action on a limited

basis and asserts the lack of the jurisdiction of the Court over the person of John L. Hubbard and that the service of process upon John L. Hubbard was improperly made and further, asserts that all documents, notices, and papers of any kind all be served on his attorney at the address noted below.

Dated: November 16, 2022
East Syracuse, New York

Respectfully submitted,

THE LAW FIRM OF FRANK W. MILLER, PLLC

Frank W. Miller
**Bar Roll No.: 102203**
*Attorney for Defendants*
*John L. Hubbard, Esq., District Attorney, Delaware County*
Office and Post Office Address
6575 Kirkville Road
East Syracuse, New York 13057
Telephone: (315) 234-9900
Facsimile: (315) 234-9908
fmiller@fwmillerlawfirm.com

TO:  David C. Sieling, Esq.
Brenna Boyce, PLLC
29 W. Main Street
Honeoye Falls, NY 14472
david@brennalaw.com
(585) 454-2000

All counsel of record