

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

Writer's Direct Dial: (518) 776-2620

February 2, 2023

By ECF

Hon. Thomas J. McAvoy
United States District Judge
Federal Building and U.S. Courthouse
Binghamton, New York 13901

Re:   *Bleuer, et al. v. Nigrelli, et al.*
      3:22-cv-1037 (N.D.N.Y.) (TJM/ML)

Dear Judge McAvoy:

    Defendant Stephen Nigrelli, Acting Superintendent of the New York State Police, submits this status report as directed by Text Order dated December 2, 2022 (ECF No. 100).

    As the Court is aware, here Plaintiffs' single claim is that the "places of worship" provision of the Concealed Carry Improvement Act ("CCIA"), N.Y. Penal Law § 265.01-e(2)(c), violates the Second Amendment. Several appeals relating to the constitutionality of the "places of worship" provision are currently pending in the Second Circuit, including *Antonyuk v. Nigrelli*, No. 22-2908, *Hardaway v. Nigrelli*, No. 22-2933, and *Spencer v. Nigrelli,* No. 22-3237. All three cases are currently on an expedited appeal track, and they have been scheduled together for oral argument on March 20, 2023.

    Thank you kindly for your consideration of this matter.

Respectfully submitted,

*s/ Michael McCartin*

Michael G. McCartin
Assistant Attorney General
Bar Roll No. 511158
Michael.McCartin@ag.ny.gov

cc: All counsel of record (via e-filing)