By ECF

Hon. Thomas J. McAvoy
United States District Judge
Northern District of New York
Federal Building and U.S. Courthouse
Binghamton, New York 13901

    Re:  Bleuer, et al. v. Nigrelli, et al., No. 3:22-cv-01037 (TJM/ML)

Dear Judge McAvoy:

    Based upon corrective legislation recently enacted by the New York State Legislature, Plaintiffs have concluded that the subject litigation is now moot with regard to their claims before this Court.  Therefore, pursuant F.R.C.P. 41(a)(2), Plaintiffs respectfully ask that the Court "so order" this letter motion and dismiss this action, in its entirety, with prejudice, as against all Defendants.

Respectfully submitted,

/s/ David C. Sieling

David C. Sieling
Brenna Boyce PLLC
*Attorneys for Plaintiffs*
29 W. Main Street
Honeoye Falls, NY 14472
(585) 454-2000
david@brennalaw.com
NDNY Bar Roll# 702699              SO ORDERED,

Cc: All counsel of record (via e-filing)

                                                    _____

                                                    Hon. Thomas J. McAvoy