UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

REVEREND JUSTIN BLEUER, ET AL.

                PLAINTIFFS,

VS.

STEVEN A. NIGRELLI, ET AL.,

                DEFENDANTS.

**STIPULATION OF DISCONTINUANCE**

Case No. 3:22-cv-1037 (TJM/ML)

**IT IS HEREBY STIPULATED,** by and between the undersigned, the parties to this action, that whereas no party hereto is an infant, incompetent or person for whom a guardian has been appointed, that this action should be discontinued with prejudice, and that all parties shall bear their owns costs and attorney's fees. This Stipulation may be presented to the Court without further notice.

**DATED:** June 29, 2023

/s/ David C. Sieling
**David C. Sieling, Esq.**
Brenna Boyce, PLLC
*Attorneys for the Plaintiffs*
29 W. Main Street
Honeoye Falls, NY 14472
585-454-2000
david@brennalaw.com


/s/Sean W. Costello
**Sean W. Costello, Esq.**
Rupp Pfalzgraf LLC
*Attorneys for Defendant Lori Pettit Reimann*
1600 Liberty Building
424 Main Street
Buffalo, NY 14202
716-854-3400
costello@rupppfalzgraf.com

/s/Edward G. Melvin II
**Edward G. Melvin II, Esq.**
**John Joseph Pelligra, Esq.**
Barclay Damon LLP
*Attorneys for Defendant Michael Ferrarese, William V. Grady, Joseph V. Cardone, Gregory S. Oaks, and Michael Calarco*
Barclay Damon Tower
125 East Jefferson Street
Syracuse, NY 13202
315-425-2783
emelvin@barclaydamon.com


/s/Michael G. McCartin
**Michael G. McCartin, Esq.**
Office of Attorney General
*Attorneys for Defendant Steven A. Nigrelli*
The Capitol
Albany, NY 12224
518-776-2620
michael.mccartin@ag.ny.gov

/s/Jacqueline M. Kelleher
**Jacqueline M. Kelleher, Esq.**
Stafford, Piller Law Firm
*Attorneys for Defendant Andrew J. Wylie*
P.O. Box 2947
One Cumberland Avenue
Plattsburgh, NY 12901
518-561-4400
jkelleher@staffordowens.com

/s/Frank W. Miller
**Frank W. Miller, Esq.**
Hancock Estabrook, LLP
*Attorneys for Defendant John L. Hubbard, in his capacity as District Attorney for Delaware County*
1800 AXA Tower I
100 Madison Street
Syracuse, NY 13202
315-565-4560
fmiller@hancocklaw.com

/s/Lorraine H. Lewandrowski
**Lorraine H. Lewandrowski, Esq.**
Office of Herkimer County Attorney
*Attorneys for Defendant Jeffrey Carpenter*
109 Mary Street
Suite 1320
Herkimer, NY 13350
315-867-1123
lhlewandrowski@herkimercounty.org

/s/Nicholas Ciappetta
**Nicholas Ciappetta, Esq.**
**Hilary M. Meltzer, Esq.**
New York City Law Department
*Attorneys for Defendant Eric Gonzalez*
100 Church Street
New York, NY 10007
212-256-4036
nciappet@law.nyc.gov

/s/ Robert J. Shoemaker.
**Robert J. Shoemaker, Esq.**
Monroe County Department of Law
*Attorneys for Defendant Sandra Doorley*
39 West Main Street
Suite 307
Rochester, NY 14614
585-753-1472
boshoemaker@monroecounty.gov

/s/Meghan M. Manion
**Meghan M. Manion, Esq.**
Montgomery County Attorney
*Attorneys for Defendant Lorraine Diamond*
20 Park Street
Fonda, NY 12068
518-853-4304
mmanion@co.montgomery.ny.us

/s/Melissa M. Morton
**Brian P. Crosby, Esq.**
**Melissa M. Morton, Esq.**
Gibson, McAskill Law Firm
*Attorneys for Defendant Brian D. Seaman*
69 Delaware Avenue
Suite 900, Chemical Bank Building
Buffalo, NY 14202-3866
716-856-4200
bcrosby@gmclaw.com

2

/s/ Joseph S. Nacca
**Joseph S. Nacca, Esq.**
Assistant County Attorney for the
County of Ontario
*Attorneys for Defendant James Ritts*
20 Ontario Street
3rd Floor
Canandaigua, NY 14424
585-396-4411
joseph.nacca@ontariocountyny.gov

/s/Jason A. Brott
**Jason A. Brott, Esq.**
County Attorney
*Attorneys for Defendant Amanda Nellis*
223 West Main St.
Johnstown, NY 12095
518-736-5803
jbrott@brottlaw.com

/s/Michael E. Ginsberg
**Michael E. Ginsberg, Esq.**
**Rhiannon Ineva Gifford, Esq.**
Pattison, Sampson Law Firm
*Attorneys for Defendant Karen A. Heggen*
P.O. Box 208
22 First Street
Troy, NY 12181-0208
518-266-1026
mginsberg@psgglaw.com

**Susan J. Mallery, Esq.**
Schoharie County District Attorney
157 Steadman Way, P.O. Box 129
Howes Cave, New York 12092
518-295-2272
susan.mallery@co.schoharie.ny.us

IT IS SO ORDERED,

DATED: _____

_____
Hon. Thomas J. McAvoy

3

| | |
|---|---|
| **Joseph S. Nacca**<br>Ontario County Attorney<br>*Attorneys for Defendant James Ritts*<br>20 Ontario Street<br>3rd Floor<br>Canandaigua, NY 14424<br>585-396-4411<br>joseph.nacca@ontariocountyny.gov | **Jason A. Brott, Esq.**<br>County Attorney<br>*Attorneys for Defendant Amanda Nellis*<br>223 West Main St.<br>Johnstown, NY 12095<br>518-736-5803<br>jbrott@brottlaw.com |
| **Michael E. Ginsberg, Esq.**<br>**Rhiannon Ineva Gifford, Esq.**<br>Pattison, Sampson Law Firm<br>*Attorneys for Defendant Karen A. Heggen*<br>P.O. Box 208<br>22 First Street<br>Troy, NY 12181-0208<br>518-266-1026<br>mginsberg@psgglaw.com | **Susan J. Mallery, Esq.**<br>Schoharie County District Attorney<br>157 Steadman Way, P.O. Box 129<br>Howes Cave, New York 12092<br>518-295-2272<br>susan.mallery@co.schoharie.ny.us |

IT IS SO ORDERED,

DATED: July 16, 2023

Hon. Thomas J. McAvoy

3